# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| BURKART CROSSING APARTMENT PARTNERS, LLC, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:23-cv-00006-TWP-KMB ) |
| BURKART OWNER, LLC, | ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

All claims having been resolved in this action, the Court now enters **FINAL JUDGMENT**.

Pursuant to the Court's Opinion and Order granting summary judgment in favor of Plaintiff Burkart Crossing Apartment Partners, LLC ("Burkart Crossing") and against the Defendant Burkart Owner, LLC ("Burkart Owner"), **judgment is entered** in favor of Burkart Crossing and against Burkart Owner on Counts 1 and 2 of the Complaint. Burkart Crossing is entitled to the Earnest Deposit. Accordingly, **judgment is entered** in favor of Burkart Crossing and against Burkart Owner in the amount of **$500,000.00 plus reasonable attorney's fees** for Count 1.

Judgment is entered accordingly, and this action is **TERMINATED**.

Dated: 9/3/2024

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

DISTRIBUTION:

William J. Barkimer
KRIEG DEVAULT LLP
wbarkimer@kdlegal.com

Yosef Horowitz
Glankler Brown, PLLC
jhorowitz@glankler.com

S. Joshua Kahane
GLANKLER BROWN PLLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119